## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company, <br><br> Defendant. | Civil Action No.: 1:20-cv-04693 <br><br> Hon. John Z. Lee |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S AGREED AND UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Allstate Insurance Company ("Allstate"), by and through its attorneys and with the consent of counsel for Plaintiffs Benjamin Garner and Deborah Schick ("Plaintiffs"), respectfully requests that the Court (1) extend the time for Allstate to answer, move, or otherwise respond to the Complaint in this matter from September 3, 2020 to and including October 19, 2020, and (2) to adjourn the initial status hearing and status report deadlines until after the new Answer deadline. In support of this Motion, Allstate states as follows:

1. This matter seeks damages for alleged violations of the Telephone Consumer Protection Act ("TCPA"). Plaintiffs filed their Complaint on August 10, 2020 (Dkt. No. 1).

2. Defendant Allstate's current deadline to answer or otherwise respond to Plaintiffs' Complaint is September 3, 2020.

3. An initial status hearing is currently scheduled for October 7, 2020, with an initial status report due October 1, 2020.

4. Allstate requests additional time to allow counsel to further investigate the facts underlying this matter and obtain a more complete factual background in order to respond to the allegations set forth in the Complaint.

5. Accordingly, Allstate seeks a 45-day extension, up to and including October 19, 2019, to answer, move or otherwise respond to Plaintiffs' Complaint, and an adjournment of the initial status conference and status report until after the new Answer date.

6. This is Allstate's first request for an extension of time. Allstate's extension will not unduly delay these proceedings or prejudice other parties.

7. Plaintiffs' counsel has agreed to the requested relief herein.

WHEREFORE, for the reasons stated herein, Defendant Allstate requests (1) an enlargement of time up to and including October 19, 2020 to file its answer, move or otherwise respond to Plaintiffs' Complaint, and (2) an adjournment of the initial status conference and status report deadlines until after the new Answer date.

Dated: August 31, 2020

        Respectfully submitted,

        Allstate Insurance Company

        /S/Lewis S. Wiener_____
        Lewis S. Wiener (Bar No. 414479)
        EVERSHEDS SUTHERLAND (US) LLP
        700 Sixth Street, NW, Suite 700
        Washington, DC 20001-3980
        Telephone: 202-383-0140
        Facsimile: 202-637-3593
        Email: lewiswiener@eversheds-sutherland.com

        Timothy J. McCaffrey (Bar No. 6229804)
        EVERSHEDS SUTHERLAND (US) LLP
        900 N. Michigan Avenue, Suite 1000

Chicago, IL 60611
Telephone: 312-535-4445
Facsimile: 312-724-9322
Email: timmcaffrey@eversheds-sutherland.com

Francis X. Nolan, IV (*pro hac vice* pending)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036-7703
Telephone: 212-389-5083
Facsimile: 212-389-5099
Email: franknolan@eversheds-sutherland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing DEFENDANT ALLSTATE INSURANCE COMPANY'S AGREED AND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT was served via ECF to the following attorneys of record:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com
*Attorneys for Plaintiffs*

                                                                          */s/Lewis S. Wiener*_____
                                                                          Lewis S. Wiener