# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company,<br><br>    Defendant. | Civil Action No.: 1:20-cv-04693<br><br>Hon. John Z. Lee |

## NOTICE OF MOTION

To:    Steven L. Woodrow
        Woodrow & Peluso, LLC
        3900 E. Mexico Avenue, Suite 300
        Denver, Colorado 80210
        Tel: 720-213-0675
        Fax: 303-927-0809
        Email:  swoodrow@woodrowpeluso.com

       **PLEASE TAKE NOTICE** that on **September 10, 2020, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable John Z. Lee, or any judge sitting in his stead in **Courtroom 2125**, of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present: **DEFENDANT ALLSTATE INSURANCE COMPANY'S AGREED AND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**, a copy of which has been served on you.

Dated: August 31, 2020

        Respectfully submitted,

        Allstate Insurance Company
*/s/ Lewis S. Wiener*
Lewis S. Wiener
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
lewiswiener@eversheds-sutherland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing Notice of Motion was served via ECF to the following attorneys of record:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com
*Attorneys for Plaintiffs*

/s/Lewis S. Wiener_____
Lewis S. Wiener