## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals, | Civil Action No.: 1:20-cv-04693 |
| Plaintiffs, | Hon. John Z. Lee |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company, | |
| Defendant. | |

**CONSENT MOTION TO EXTEND TIME TO SUBMIT A JOINT STATUS REPORT**

Defendant Allstate Insurance Company ("Allstate"), by and through its attorneys and with the consent of counsel for Plaintiffs Benjamin Garner and Deborah Schick ("Plaintiffs"), respectfully requests that the Court extend the time for the parties to submit a Joint Status Report to October 20, 2020.

1. The deadline to submit a Joint Status Report is currently set for October 1, 2020.

2. On September 1, 2020, the Court granted Defendant's unopposed motion for extension of time to respond to Plaintiffs' Complaint, moving that deadline to October 19, 2020, and setting the status hearing for October 21, 2020. (ECF Doc. No. 12.)

3. Accordingly, Allstate seeks an extension up to and including October 20, 2020 for the parties to submit a Joint Status Report, so that Allstate may respond to the Complaint before the parties submit their Joint Status Report.

4. Plaintiffs consent to this request.

WHEREFORE Defendant respectfully requests that the Court extend the time to submit a Joint Status Report to October 20, 2020.

Dated: September 25, 2020

        Respectfully submitted,

        Allstate Insurance Company

        /s/Francis X. Nolan
        Francis X. Nolan, IV (*pro hac vice*)
        EVERSHEDS SUTHERLAND (US) LLP
        The Grace Building
        1114 Avenue of the Americas, 40th Fl.
        New York, NY 10036
        Telephone: (212) 389-5083
        Fax: (212) 389-5099
        franknolan@eversheds-sutherland.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, a copy of the foregoing Motion to Extend Time to Submit a Joint Status Report was served via ECF to the following attorneys of record:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com
*Attorneys for Plaintiffs*

                                                   _/s/Francis X. Nolan_____
                                                   Frank X. Nolan, IV