# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company,<br><br>Defendant. | Civil Action No.: 1:20-cv-04693<br><br>Hon. John Z. Lee |

## NOTICE OF MOTION

To: Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
Email: swoodrow@woodrowpeluso.com

**PLEASE TAKE NOTICE** that on **October 5, 2020, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable John Z. Lee, or any judge sitting in his stead in **Courtroom 2125**, of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present: **DEFENDANT ALLSTATE INSURANCE COMPANY'S CONSENT MOTION TO EXTEND TIME TO SUBMIT A JOINT STATUS REPORT**, a copy of which has been served on you.

Dated: September 25, 2020

        Respectfully submitted,

        Allstate Insurance Company
        */s/ Francis X. Nolan, IV*
        Francis X. Nolan, IV

45265326.1

**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036
Telephone: (212) 389-5083
Fax: (212) 389-5099
franknolan@eversheds-sutherland.com

*Attorneys for Defendant*

45265326.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2020, a copy of the foregoing Notice of Motion was served via ECF to the following attorneys of record:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com
*Attorneys for Plaintiffs*

                                                    */s/Francis X. Nolan, IV*_____
                                                    Francis X. Nolan, IV