# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Benjamin Garner, et al.
                                  Plaintiff,

v.                                                          Case No.: 1:20–cv–04693
                                                           Honorable John Z. Lee

Allstate Insurance Company
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2020:

      MINUTE entry before the Honorable John Z. Lee:The status hearing set for 10/21/20 is reset to 11/5/20 at 9:15 a.m., the dial in number remains the same.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.