**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company, <br><br> Defendant. | Civil Action No.: 1:20-cv-04693 <br><br> Hon. John Z. Lee |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE UNDER FRCP 7.1 AND LR 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Allstate Insurance Company states that it is not a parent of any corporation.

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation. Black Rock, Inc. is a publicly-held corporation which owns more than 5% of The Allstate Corporation's stock. The Allstate Corporation has no "publicly held affiliates," as that term is defined by Local Rule 3.2.

Dated: October 19, 2020

                                                                                     Respectfully submitted,

                                                                                     Allstate Insurance Company

                                                                                     */s/ Lewis S. Wiener*
                                                                                     Lewis S. Wiener
                                                                                     EVERSHEDS SUTHERLAND (US) LLP

1

700 Sixth Street, N.W., Suite 700
Washington, DC 20001
Telephone: 202-383-0140
Facsimile: 202-637-3593
lewiswiener@eversheds-sutherland.com

Timothy J. McCaffrey (Bar No. 6229804)
EVERSHEDS SUTHERLAND (US) LLP
900 N. Michigan Avenue, Suite 1000
Chicago, IL 60611
Telephone: 312-535-4445
Facsimile: 312-724-9322
timmcaffrey@eversheds-sutherland.com

Francis X. Nolan, IV (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036
Telephone: 212-389-5083
Facsimile: 212-389-5099
franknolan@eversheds-sutherland.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, a copy of the foregoing Defendant Allstate Insurance Company's Corporate Disclosure Under FRCP 7.1 and LR 3.2 was served via ECF to the following attorneys of record:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com
*Attorneys for Plaintiffs*

                                                */s/ Lewis S. Wiener*
                                                Lewis S. Wiener