IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BENJAMIN GARNER AND DEBORAH SCHICK,** individually and on behalf of all similarly situated individuals**,** | ) ) ) ) | Case No. 1:20-cv-04693 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| **ALLSTATE INSURANCE COMPANY,** an Illinois insurance company, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT SUBMITTED IN ACCORDANCE WITH
THE COURT'S JANUARY 11, 2021 ORDER (Dkt. 29)**

The Parties, in response to the Court's Order of January 11, 2021 (Dkt. 29), hereby submit the following Joint Status Report:

**(1) The current deadlines imposed by the Court and whether the matter has been referred to the Magistrate Judge in any fashion (e,g., for discovery supervision; for resolution of a motion; for settlement; etc.)**

No matters have been referred to Magistrate Judge Cox, the designated magistrate judge in this case. The current deadlines imposed by the Court are as follows:

- The deadline to amend pleadings and join parties is 4/20/2021;
- The deadline for the completion of fact discovery is 8/23/21; and
- The Court orders the parties to file a joint written status report by 3/11/21.

The current deadlines should afford the Parties sufficient time to complete discovery related to all alleged class and merits issues. If either or both Parties determine as discovery continues that additional time is required, the Party or Parties will file an appropriate motion showing good cause for the proposed enlargement.

**(2) The progress of discovery, if discovery is ongoing**

*Plaintiffs' Position*

Discovery is ongoing. The Parties have exchanged Rule 26(a)(1) disclosures and have exchanged initial written discovery. On January 29, 2021, Plaintiffs served their responses to Defendant's first set of discovery requests, along with their corresponding document production.

1

Allstate also served its responses to Plaintiffs' first set of discovery requests on January 29, 2021, however, Allstate withheld its document production citing the need for a confidentiality order. On February 24, 2021, the Court entered the Parties' Agreed Confidential Order. (Dkt. 33.) Plaintiffs need relevant documents (including emails) and data prior to scheduling depositions, which will include a Rule 30(b)(6) examination of the Defendant's designee together with depositions of at least some of the nine witnesses identified by Allstate in its Rule 26(a)(1) disclosures.

*Defendant's Position*

Allstate will begin producing documents to Plaintiffs by no later than March 15, 2021, if not sooner. On October 19, 2020, Allstate filed a partial motion to dismiss for failure to state a claim, and a motion to stay discovery pending resolution of the *Facebook* matter by the U.S. Supreme Court. (Dkt. 17). Notwithstanding that consolidated pending motion, Allstate anticipates that it will conduct depositions of Plaintiffs at the appropriate time and may take third-party discovery, as necessary.

**(3) the status of briefing on unresolved motions, if any**

On October 19, 2020, Allstate filed a Partial Motion to Dismiss or, in the Alternative, Motion to Stay (Dkt. 17). Plaintiffs filed an Opposition dated November 17, 2020 (Dkt. 25), and Allstate filed its Reply on December 4, 2020 (Dkt 27). Briefing is complete, and the motion is pending. Plaintiffs anticipate, following appropriate discovery, moving for class certification.

**(4) whether the parties have engaged or are engaging in settlement discussions and the status of those discussions**

*Plaintiffs' Position*

The Parties have not yet engaged in settlement discussions. This case should be resolved on a class basis with the assistance of a mediator.

*Defendant's Position*

Allstate does not believe this matter should be referred to class mediation at this time, but does not foreclose the possibility to participating in mediation when appropriate.

**(5) for cases without any future court dates, an agreed proposed schedule**

The Parties proposed the following expert discovery and class certification briefing dates in their Joint Initial Status Report (Dkt. 22) and the prior Joint Status Report (Dkt. 28). The following deadlines have not yet been entered by the Court:

- Initial Expert Disclosures Due
    - Plaintiffs' disclosures due September 6, 2021
    - Allstate's disclosures due October 6, 2021

- Rebuttal Expert Disclosures
    - November 5, 2021
- Deadline to Complete Expert Discovery
    - December 6, 2021
- Class Certification
    - Motion: January 5, 2022; opposition February 21, 2022; reply March 10, 2022

**(6) for cases that have future court dates and if the parties believe there is good cause to extend the current deadlines, a proposed amended schedule and the basis for the request**

None at this time.

**(7) a request for any agreed action that the Court can take without a hearing**

None at this time.

**(8) Whether the parties believe a telephonic hearing or in-person hearing is necessary within the next 60 days, and, if so, the issue(s) that warrants discussion and the parties' respective positions.**

None at this time.

Respectfully Submitted,

**BENJAMIN GARNER & DEBORAH SCHICK**, individually and on behalf of two Classes of similarly situated individuals

Dated: March 11, 2021    By:    */s/ Patrick H. Peluso*
                                    One of Plaintiffs' Attorneys

Marc E. McCallister
mem@mccallisterlawgroup.com
Gary D. McCallister
gdm@mccallisterlawgroup.com
McCallister Law Group
200 North LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 345-0611

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210

3

|  |  |
|---|---|
|  | Tel: 720-213-0675<br>Fax: 303-927-0809 |
|  | *Attorneys for Plaintiffs and the Classes* |
|  | **ALLSTATE INSURANCE COMPANY** |
| Dated: March 11, 2021 | By: */s/ Lewis S. Wiener*<br>      One of Defendant's Attorneys |
|  | Lewis S. Wiener<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, N.W., Suite 700<br>Washington, DC 20001<br>Telephone: 202-383-0140<br>Facsimile: 202-637-3593<br>lewiswiener@eversheds-sutherland.com |
|  | Timothy J. McCaffrey (Bar No. 6229804)<br>EVERSHEDS SUTHERLAND (US) LLP<br>900 N. Michigan Avenue, Suite 1000<br>Chicago, IL 60611<br>Telephone: 312-535-4445<br>Facsimile: 312-724-9322<br>timmcaffrey@eversheds-sutherland.com |
|  | Francis X. Nolan, IV (*pro hac vice*)<br>EVERSHEDS SUTHERLAND (US) LLP<br>The Grace Building<br>1114 Avenue of the Americas, 40th Fl.<br>New York, NY 10036<br>Telephone: 212-389-5083<br>Facsimile: 212-389-5099<br>franknolan@eversheds-sutherland.com |
|  | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 11, 2021.

*/s/ Patrick H. Peluso*
