UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN GARNER AND DEBORAH SCHICK, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Insurance Company,<br><br>Defendant. | Civil Action No.: 1:20-cv-04693<br><br>Hon. John Z. Lee |

## NOTICE OF SETTLEMENT

The parties, Plaintiffs Benjamin Garner and Deborah Schick ("Plaintiffs") and Defendant Allstate Insurance Company ("Allstate"), by and through their undersigned attorneys, hereby notify the Court that they have reached a settlement in principle of this matter.

1. The parties respectfully request thirty (30) days leave of the Court to finalize the settlement through a written settlement agreement and file a stipulation of dismissal.

2. The parties further request that the Court vacate the status conference currently set for December 21, 2021 and remove the conference from its docket.

3. Finally, the parties request that the Court remove this case from its active docket.

WHEREFORE, the parties request that the Court strike the upcoming status conference, strike all other upcoming hearings and deadlines, and remove this case from its active docket.

Dated: December 16, 2021

Respectfully submitted,

Allstate Insurance Company

/s/*Lewis S. Wiener*

46988478.1

Lewis S. Wiener (Bar No. 414479)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
Email: lewiswiener@eversheds-sutherland.com

Timothy J. McCaffrey (Bar No. 6229804)
EVERSHEDS SUTHERLAND (US) LLP
900 N. Michigan Avenue, Suite 1000
Chicago, IL 60611
Telephone: 312-535-4445
Facsimile: 312-724-9322
Email: timmcaffrey@eversheds-sutherland.com

Francis X. Nolan, IV
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036-7703
Telephone: 212-389-5083
Facsimile: 212-389-5099
Email: franknolan@eversheds-sutherland.com

*Attorneys for Defendant*

Benjamin Garner & Deborah Schick

*/s/Steven L. Woodrow*
Steven L. Woodrow
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
swoodrow@woodrowpeluso.com

Marc E. McCallister
mem@mccallisterlawgroup.com
McCallister Law Group
200 North LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 345-0611
*Attorneys for Plaintiffs*

46988478.1