# IN THE UNTED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BENJAMIN GARNER** and **DEBORAH SCHICK,** individually and on behalf of all similarly situated individuals**,** | )<br>)<br>) Case No. 1:20-cv-04693<br>) |
| **Plaintiffs,** | ) Hon. John Z. Lee<br>) |
| v. | )<br>) |
| | ) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL** |
| **ALLSTATE INSURANCE COMPANY,** an Illinois insurance company, | )<br>)<br>) |
| **Defendant.** | ) |

PLEASE TAKE NOTICE that Plaintiffs dismiss this lawsuit against Defendant with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1. (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
2. (ii) a stipulation of dismissal signed by all parties who have appeared.
3. (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiffs' Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiffs hereby dismiss these proceedings in accordance with Rule 41(a)(1)(i) with prejudice. The claims of any members of the putative, uncertified class are dismissed without prejudice.

\*         \*         \*         \*         \*         \*

Respectfully Submitted,

**BENJAMIN GARNER** and **DEBORAH SCHICK**, individually and on behalf of two Classes of similarly situated individuals

Dated: January 18, 2022          By: ___/s/ Steven L. Woodrow_____
                                         Counsel for Plaintiffs

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such document with the Court using the Court's electronic filing system on January 18, 2022.

*/s/ Steven L. Woodrow*