## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Benjamin Garner, et al.
                              Plaintiff,

v.                                                   Case No.: 1:20–cv–04693
                                                      Honorable John Z. Lee

Allstate Insurance Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to the notice of voluntary dismissal, Plaintiff dismisses this case pursuant to Rule 41(a)(1)(i) with prejudice. The claims of any members of the putative, uncertified class are dismissed without prejudice.Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.